KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5087
   Facsimile: 408-535-5081
   E-mail: chinhayi.j.coleman@usdoj.gov

**E-filed 3/2/06**

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ELROY SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>HYANG SOOK KIM, UNITED STATES OF AMERICA,<br><br>    Defendants. | No. C-05-1439 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT |

No. C-05-1439 JF
STIPULATION AND [PROPOSED] ORDER RE TIME FOR DEFENDANT'S RESPONSE

## STIPULATION

Plaintiff Robert Elroy Smith filed his amended complaint on February 13, 2006. Defendant's response to the Amended Complaint is due to be filed on February 28, 2006 (10 Court days after the amended complaint). See Fed.R.Civ.Proc. 15(a). Plaintiff's amended complaint alleges that he exhausted administrative remedies, without specifying how the exhaustion took place. As the present case involves a number of federal agencies with which administrative claims may have been filed, Defendant needs additional time to evaluate whether the administrative claim requirement has been met. Accordingly, the parties stipulate that the time for filing Defendant's response to the amended complaint be extended from February 28, 2006 to March 28, 2006.

Dated: February 28, 2006        LAW OFFICES OF STANLEY G. HILTON

                                /s/
                                STANLEY G. HILTON
                                Attorney for Plaintiff

Dated: February 28, 2006        KEVIN V. RYAN
                                United States Attorney

                                /s/
                                CHINHAYI J. COLEMAN
                                Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to the above stipulation, it is hereby ordered that the time for Defendant United States to respond to Plaintiff's complaint is extended to March 28, 2006.

Dated: ___3/2/06___             THE HONORABLE JEREMY FOGEL
                                United States District Judge

No. C-05-1439 JF
STIPULATION AND [PROPOSED] ORDER RE TIME FOR DEFENDANT'S RESPONSE

1

# CERTIFICATE OF SERVICE

ROBERT ELROY SMITH,  )
    Plaintiff,  )  No. C-05-1439 JF
    v.  )
HYANG SOOK KIM, et al.,  )
    Defendants.  )
_____)

The undersigned hereby certifies that: (1) she is an employee of the office of the United States Attorney for the Northern District of California; (2) she is not a party to this case; (3) she is a person of suitable age and discretion as to be competent to serve papers; and (4) on this date she caused a copy of the following document(s) to be served upon all parties to this action:

**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT**

Except as set forth otherwise below, the undersigned caused the afore-described document(s) to be served by placing a true copy of each such document in a sealed envelope, with postage thereon fully prepaid, and by placing said envelope either in a U.S. Mail mailbox or in the designated area for outgoing U.S. Mail in accordance with the normal practice of the United States Attorney's Office, addressed as follows:

Stanley G. Hilton
Law Offices of Stanley G. Hilton
2570 North First Street, Suite 200
San Jose, CA 95131

Hyang Sook Kim
1030 Magnolia Avenue, Apt. # 5
Millbrae, CA 94030

I declare under penalty of perjury that the foregoing is true and correct, and that this document was executed by me at San Jose, California, on 2-28-06.

_____
Ann Nelson
Legal Assistant

No. C-05-1439 JF. Certificate of Service