1  STANLEY G. HILTON, BAR NO. 65990
   LAW OFFICES OF STANLEY G. HILTON
2  2570 North First Street, Ste. 200            **efiled 10/18/06
   San Jose, California 95131
3  Tel: (415) 786-4821
   Fax: (415) 276-2388
4
   Attorney for Plaintiff
5  ROBERT ELROY SMITH

6

7                    UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

9

10 ROBERT ELROY SMITH,              )   Case No.: C-05-01439-JF
                                    )
11       Plaintiff,                 )   STIPULATION AND ORDER TO
                                    )   CONTINUE HEARING AND TIME FOR
12       v.                         )   FILING SUPPLEMENTAL BRIEFING
                                    )
13 HYANG SOOK KIM, UNITED STATES OF )   Date:   October 27, 2006
   AMERICA,                         )   Time:   9:00 a.m.
14                                  )   Courtroom: 3, 5th Floor
         Defendants.                )
15                                  )   Honorable JEREMY FOGEL
                                    )   United States District Judge
16 _____)

17

18

19       TO ALL PARTIES IN THE ABOVE ENTITLED ACTION AND THEIR ATTORNEYS

20 OF RECORD:

21       The parties to the above entitled action by and through their attorneys, Stanley G. Hilton,

22 for plaintiff and Chinhayi J. Coleman for defendant United States of America and defendant

23 Hyang Sook Kim hereby stipulate that the supplemental briefing schedule and the subsequent

24 hearing and case management conference are continued as indicated below.

25       The documents that were to be served by September 29, 2006 were not received by

26 plaintiff's counsel until on or about October 6, 2006. Because of the voluminousness of the

27 documents and counsel's busy schedule, additional time for the briefing is required.

28       It is further stipulated that the hearing on defendant's Motion to Dismiss that had been

                                          1

1 | scheduled to be held on October 27, will now be held on November ~~3~~ 9, 2006, and supplemental
2 | briefing will be due on October 20, instead of October 13.

3 | Date: October __, 2006                               Date: October 12, 2006

6 | By: Stanley G. Hilton                               By: Chinhayi J. Coleman
   | Attorney for Plaintiff                             Attorney for Defendants

9 | Date: October 13, 2006

12 | By: Hyang Sook Kim
    | Defendant

15 | IT IS SO ORDERED.
16 | DATED: October 18, 2006

18 | By _____
19 | Jeremy Fogel
    | Judge of the US District Court

Stipulation to Continue Supplemental Briefing                               2