**E-Filed 10/30/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ELROY SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HYANG SOOK KIM, UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case Number C 05-1439 JF<br><br>ORDER[1] DENYING CONTINUANCE AND GRANTING EXTENSION TO FILE SUPPLEMENTAL BRIEFING<br><br>[re: docket no. 56] |

　　Plaintiff moves for a continuance of the November 9, 2006, hearing on the motion to dismiss pending in this case and for an extension of time for supplemental briefing. Defendants oppose the motion.

　　The Court will deny the motion for a continuance of the hearing. Plaintiff shall file any supplemental briefing on or before November 3, 2006.

　　IT IS SO ORDERED.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-1439 JF
ORDER DENYING CONTINUANCE AND GRANTING EXTENSION TO FILE SUPPLEMENTAL BRIEFING
(JFLC1)

1
2
3   DATED: October 30, 2006
4
                                            _____
5                                           JEREMY FOGEL
                                            United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 05-1439 JF
ORDER DENYING CONTINUANCE AND GRANTING EXTENSION TO FILE SUPPLEMENTAL BRIEFING
(JFLC1)

1  This Order has been served upon the following persons:

2  Chinhayi J. Coleman          chinhayi.j.coleman@usdoj.gov

3  Stanley G. Hilton            FROG727@AOL.COM, mscarver@aol.com;
                                loucasloukas@yahoo.com; chaffeej@pacbell.net;
4                               STAVROS3589@AOL.COM; frogg@e-garfield.com

5  Notice will be delivered by other means to:

6  Hyang Sook Kim
   1030 Magnolia Avenue, Apt. #5
7  Millbrae, CA 94030

3

Case No. C 05-1439 JF
ORDER DENYING CONTINUANCE AND GRANTING EXTENSION TO FILE SUPPLEMENTAL BRIEFING
(JFLC1)