*e-filed 8/2/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT ELROY SMITH,　　　　　　　　　　　　　CV-05-1439-JF
　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　ORDER OF DISMISSAL
　　V.

HYANG SOOK KIM,
　　　　Defendant.
_____/

　　　The above named matter came regularly for a Case Management Conference before the Honorable Jeremy Fogel in Courtroom 3, on July 27, 2007 at 10:30 a.m. The parties are present. The above matter is hereby dismissed for lack of jurisdiction without prejudice.

Dated: July 30, 2007　　　　　　　　　　　　JEREMY FOGEL, U.S. District Judge